## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE DILLE FAMILY TRUST,** | | **CIVIL ACTION** |
| **Plaintiff,** | | |
| **v.** | | |
| **THE NOWLAN FAMILY TRUST,** | | **NO. 15-6231** |
| **Defendant.** | | |

## O R D E R

**AND NOW**, this 25th day of August, 2017, upon consideration of: (1) Defendant's Motion to Exclude the Expert Report and Testimony of Jeff Rovin (ECF 102), Plaintiff's Response in opposition thereto (ECF 114), and Defendant's Reply in support thereof (ECF 128); (2) Defendant's Motion to Exclude the Expert Report and Testimony of Michael S. Ramage (ECF 103), Plaintiff's Response in opposition thereto (ECF 113), and Defendant's Reply in support thereof (ECF 127); (3) Defendant's Motion to Exclude the Expert Report and Testimony of Richard Spreng (ECF 104), Plaintiff's Response in opposition thereto (ECF 111), and Defendant's Reply in support thereof (ECF 129); (4) Defendant's Motion to Exclude the Expert Report and Testimony of Michael Lazzara (ECF 105), Plaintiff's Response in opposition thereto (ECF 112), and Defendant's Reply in support thereof (ECF 126); (6) Defendant's Motion for Summary Judgment (ECF 106 & 107), Plaintiff's Response in opposition thereto (ECF 115), Defendant's Reply in support thereof (132), and Plaintiff's sur-reply thereto (ECF 141); (7) Plaintiff's Motion for Partial Summary Judgment (ECF 96), and Defendant's Response in opposition thereto (ECF 130); and, (8) Defendant's Motion to Strike Plaintiff's sur-reply (ECF 146), and Plaintiff's Response in opposition thereto (ECF 151); **IT IS ORDERED** as follows:

> (1) Defendant's Motion to Exclude the Expert Report and Testimony of Jeff Rovin (ECF 102) is **GRANTED**;

(2) Defendant's Motion to Exclude the Expert Report and Testimony of Michael Lazzara (ECF 105) is **GRANTED**;

(3) Defendant's Motion for Summary Judgment (ECF 106 & 107) is **GRANTED in part and DENIED in part** as follows;

    a. Defendant's motion for summary judgment on Plaintiff's opposition to Defendant's trademark application (Count One) is **GRANTED** insofar as Plaintiff's opposition proceeds under Section 43(c) of the Lanham Act, and **DENIED** insofar as the opposition proceeds under Section 2(d) of the Lanham Act**.**

        i. **JUDGMENT IS ENTERED IN FAVOR** of the Nowlan Family Trust and **AGAINST** the Dille Family Trust on Count One insofar as Plaintiff's opposition proceeds under Section 43(c) of the Lanham Act.

    b. Defendant's motion for summary judgment on Plaintiff's federal trademark dilution claim (Count Three) is **GRANTED**.

        i. **JUDGMENT IS ENTERED IN FAVOR** of the Nowlan Family Trust and **AGAINST** the Dille Family Trust on Count Three.

    c. Defendant's motion for summary judgment on Plaintiff's contract claim (Count Two) is **GRANTED**.

        i. **JUDGMENT IS ENTERED IN FAVOR** of the Nowlan Family Trust and **AGAINST** the Dille Family Trust on Count Two.

(4) Plaintiff's Motion for Summary Judgment (ECF 96) is **GRANTED IN PART AND DENIED IN PART** as follows;

    a. Plaintiff's motion for summary judgment on Plaintiff's opposition to Defendant's trademark application (Count One) is **DENIED**.

    b. Plaintiff's motion for summary judgment as to Defendant's affirmative defense to Count One of claim preclusion is **GRANTED**.

    c. Plaintiff's motion for summary judgment as to Defendant's affirmative defense to Count One of issue preclusion is **GRANTED**.

(5) Defendant's Motion to Exclude the Expert Report and Testimony of Michael S. Ramage (ECF 103) is **DISMISSED AS MOOT**;

(6) Defendant's Motion to Exclude the Expert Report and Testimony of Richard Spreng (ECF 104) is **DISMISSED AS MOOT**; and

(7) Defendant's Motion to Strike Plaintiff's sur-reply (ECF 146) is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**