**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
-------------------------------------------------------------------

**THE DILLE FAMILY TRUST,**

      **Plaintiff,**

vs.

**THE NOWLAN FAMILY TRUST**

      **Defendant.**
-------------------------------------------------------------------

Case No.:  15-6231

Electronically Filed

## JOINT STATUS REPORT

On January 3, 2018, the Honorable Judge Wendy Beetlestone issued an Order (Doc. #165) requiring that the parties in the above-referenced matter prepare and submit a Joint Status Report.

1. The automatic stay relative to any legal matter proceeding is currently in full force and effect.

2. The Nowlan Family Trust has a pending Motion for Relief from Automatic Stay (ECF No. 26).  Said motion is scheduled for an evidentiary hearing/trial before the Honorable Judge Jeffery Deller on July 31, 2018.  (*See* ECF Nos. 102, 144.)

3. The Dille Family Trust filed a Motion to Enforce Automatic Stay, Motion for Sanctions for Violation of the Automatic Stay against Don Murphy.  (ECF No. 49).  The said motion is also scheduled for an evidentiary hearing before the Honorable Judge Jeffery Deller on July 31, 2018.  (See ECF No. 144).

4. Interested party, Team Angry Filmworks, Inc., has also filed a Motion for Relief from Automatic Stay (ECF No. 84).  The said motion is also scheduled for an

evidentiary hearing/trial before the Honorable Judge Jeffery Deller on July 31, 2018. . (*See* ECF No. 116.)

5. Interested parties, Team Angry Filmworks, Inc. and Don Murphy, have filed a Motion to Dismiss or Convert the Chapter 11 Case of DilleFamily Trust, For Cause, Pursuant to 11 U.S.C. § 1112(b) (ECF No. 90). The said motion is also scheduled for an evidentiary hearing/trial before the Honorable Judge Jeffery Deller on July 31, 2018. (*See* ECF No. 117.)

6. The Dille Family Trust, debtor in the bankruptcy, filed an Application to Employ Heritage Auctions as Auctioneer (ECF No. 11). The Honorable Judge Jeffery Deller granted the said Application and Heritage Auctioneer and Galleries, Inc., was appointed as the Auctioneer. (*See* ECF No. 95.)

7. An Amended Application to Approve Auction Procedures was filed by counsel for the Dille Family Trust on May 10, 2018 (ECF No. 145).

8. The said Motion will be heard on July 31, 2018. (*See* ECF No. 147.)

9. This is the current status of all matters relating to the litigation in the instant matter with regards to the pending bankruptcy proceeding in the United States Bankruptcy Court for the Western District of Pennsylvania where the Plaintiff herein is the debtor.

Respectfully Submitted:

Volpe and Koenig, P.C.  Geer and Herman, P.C.

By: /s/ John O'Malley, Esquire  By: /s/ Daniel I. Herman, Esquire
    United Plaza     2100 Wilmington Road
    30 South 17th Street, 18th Floor     New Castle, PA 16105
    Philadelphia, PA 19103     (724) 652-0511
    (215) 568-6400
    Supreme Court No.: I.D. 68222     Supreme Court No.: 38960