UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE DILLE FAMILY TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE NOWLAN FAMILY TRUST,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 15-6231 |

## JOINT STATUS REPORT

Pursuant to the Court's January 3, 2018 Order (ECF No. 165), the Dille Family Trust ("DFT") and the Nowlan Family Trust ("NFT") (collectively, "the parties") submit the following Joint Status Report regarding DFT's bankruptcy proceeding before the United States Bankruptcy Court for the Western District of Pennsylvania, captioned as *In re: Dille Family Trust*, Bankruptcy No. 17-24771-JAD (W.D. Pa. Bankr.)

　　1.　　On July 25, 2018, Judge Deller entered a Memorandum Opinion (ECF No. 239) finding that "[i]t is clear and convincing that the above captioned Chapter 11 case is not making any meaningful progress towards a successful reorganization," and ordered the appointment of a Chapter 11 Trustee (ECF No. 240).

　　2.　　On July 30, 2018, the Office of the United States Trustee filed an Application for Approval of Appointment of Chapter 11 Trustee [Robert S. Bernstein] (ECF No. 250).

　　3.　　On July 30, 2018, Judge Deller issued an Order Approving Application for Appointment of Chapter 11 Trustee [Robert S. Bernstein, Esq. of Bernstein-Burkley, P.C.] (ECF No. 251).

4. On July 30, an expedited Motion to Vacate Order Appointing Trustee, to Dismiss Case was filed by the Debtor, Dille Family Trust (ECF No. 252). At ECF No. 255 the Court ordered a hearing on August 21, 2018, with responses due by August 17, 2018.

5. Robert S. Bernstein's contact information is as follows:

> Robert S. Bernstein, Esq.
> 707 Grant Street
> Suite 2200 Gulf Tower
> Pittsburgh, PA 15219
> 412.456.8100
> rbernstein@bernsteinlaw.com

6. The automatic bankruptcy stay remains in effect.

7. The Nowlan Family Trust has a pending Motion for Relief from Automatic Stay (ECF No. 26). Said motion is scheduled for an evidentiary hearing/trial before the Honorable Judge Jeffery Deller on August 21, 2018. (*See* ECF No. 228.)

8. Mr. Bernstein, the appointed trustee of DFT has reviewed and approved this Joint Status Report prior to filing.

Respectfully Submitted:

Volpe and Koenig, P.C.

By: /s/ John O'Malley, Esquire
    United Plaza
    30 South 17th Street, 18th Floor
    Philadelphia, PA  19103
    (215) 568-6400
    Supreme Court No.:  I.D. 68222