UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE DILLE FAMILY TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>THE NOWLAN FAMILY TRUST,<br><br>    Defendant. | CIVIL ACTION NO. 15-6231 |

## JOINT STATUS REPORT

Pursuant to the Court's January 3, 2018 Order (ECF No. 165), the Dille Family Trust ("DFT") and the Nowlan Family Trust ("NFT") (collectively, "the parties") submit the following Joint Status Report regarding DFT's bankruptcy proceeding before the United States Bankruptcy Court for the Western District of Pennsylvania, captioned as *In re: Dille Family Trust*, Bankruptcy No. 17-24771-JAD (W.D. Pa. Bankr.) ("Western District Bankruptcy Action").

1.  On August 23, 2018, the Nowlan Family Trust filed a proposed joint order in the Western District Bankruptcy Action Granting Relief from Stay to the Nowlan Family Trust with the consent of the Chapter 11 Trustee (ECF No. 311).

2.  On August 24, 2018, the Honorable Jeffrey A. Deller entered the proposed order in the Western District Bankruptcy Action which provides, in pertinent part, the following:

> **ORDERED, ADJUDGED and DECREED** that the Nowlan Family Trust Motion for Relief from Stay is **GRANTED IN REM** ("as to the Buck Rogers intellectual property that is the subject matter of the litigation captioned as *The Dille Family Trust v. The Nowlan Family Trust*, Civ. No. 15-06231 in the United States District Court for the Eastern District of Pennsylvania.") as of October 5, 2018.
>
> After October 5, 2018, the parties' ongoing litigation captioned as *The Dille Family Trust v. The Nowlan Family Trust*,

Civ. No. 15-06231 in the United States District Court for the Eastern District of Pennsylvania, may proceed. By consent of the parties, the Nowlan Family Trust agrees that no significant action (ie, trial, pre-trial motions) shall occur until after November 19, 2018. Status Conferences (and the like) are permitted.

(ECF No. 314, Ex. A attached.). Therefore, according to Judge Deller's Order, the currently stayed action in this Court may proceed as of October 5, 2018, but no significant action (i.e., trial, pre-trial motions) shall occur <u>until after</u> November 19, 2018.

3. Judge Deller's Order of August 24, 2018 did not address the claim of Defendant to a grant of attorneys' fees against the Plaintiff.

4. Robert Bernstein, Esquire, the appointed trustee of DFT, has reviewed and approved this Joint Status Report prior to filing.

    Respectfully Submitted:

    Volpe and Koenig, P.C.

    By: /s/ John O'Malley, Esquire
        United Plaza
        30 South 17th Street, 18th Floor
        Philadelphia, PA  19103
        (215) 568-6400
        Supreme Court No.:  I.D. 68222