# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE DILLE FAMILY TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>THE NOWLAN FAMILY TRUST,<br><br>    Defendant,<br><br>  v.<br><br>ROBERT FLINT DILLE AND<br>LORRAINE DILLE WILLIAMS,<br><br>    Intervenors. | Civil Action No. 2:15-cv-06231-WB<br><br>The Honorable Wendy Beetlestone |

## MOTION TO SET ASIDE JUDGMENT BY MOVANTS AND INTERVENORS LORRAINE DILLE WILLIAMS AND ROBERT FLINT DILLE, THE SOLE BENEFICIARIES OF THE DILLE FAMILY TRUST

For the reasons set forth in their Memorandum of Points and Authorities, which accompanies this Motion, Robert Flint Dille and Lorraine Dille Williams, hereby submit this Motion to Set Aside Judgment by Movants and Intervenors Lorraine Dille Williams and Robert Flint Dille, the Sole Beneficiaries of the Dille Family Trust.

Dated: May 23, 2019

Respectfully submitted,

By:   /s/ Salene R.M. Kraemer
       Salene R.M. Kraemer, Esquire
       PA ID No. 86422
       MAZURKRAEMER BUSINESS LAW
       331 Jonquil Place
       Pittsburgh, PA 15228
       Phone: (412) 427-7075
       salene@mazurkraemer.com