## DECLARATION OF LORRAINE DILLE WILLIAMS

I, LORRAINE DILLE WILLIAMS, hereby declare as follows:

1.      I am an individual over 18 years of age, and I submit this declaration in support of the instant motion to set aside judgment.  The matters set forth herein are true and correct and of my own personal knowledge, and if called upon to testify to these matters, I could and would do so competently.

2.      I am also one of two sole beneficiaries of the Dille Family Trust, my brother Robert Nichols Flint Dille being the other. The Dille Family Trust was formed in 1982 in California, under California law. The original situs of the trust was California, but it was later changed to Illinois in 1989. True and correct copies the Dille Family Trust Agreement, the instrument transferring situs of trust to Illinois in 1989 and the subsequent instrument transferring situs of the trust back to California as of February 20, 2019 are attached to the Intervenors' Memorandum of Law as *Exhibits E* through *G*.

3.      It is now disputed whether Louise A. Geer was ever trustee of the Dille Family Trust. No court order approving her appointment has ever been produced by Ms. Geer. Notwithstanding, on or about August 26, 2018 my brother and I gave written notice to Ms. Geer that she was unanimously removed as trustee of the Dille Family Trust and to cease all involvement with DFT.  *See Exh. H* to the Intervenors' Memorandum. Despite the notice given, Ms. Geer continued to purport to act on behalf of the Dille Family Trust.

4.      We again gave written notice to Geer on February 22, 2019 that re-confirmed that she was unanimously removed by the beneficiaries and a telephonic meeting was held in this regard on February 25, 2019. On February 25, 2019 my brother and I moved by resolution to

(again) re-confirm our unanimous removal of Louise A. Geer as trustee of the Dille Family Trust. *See Id.*

5. Significantly, under the terms of The Dille Family Trust it accorded its beneficiaries the unfettered right to remove the entirety of their respective shares of trust property upon attaining the age of 35, and both Robert Flint Dille and I both being over the age of 35, exercised that right on February 20, 2019. *See Exh. G* to the Intervenors' Memorandum. Correspondingly, as we each held a share of 50%, neither Mr. Kloss, his firm nor Ms. Geer could have conveyed any Dille Family Trust property as there was no property remaining in the trust thereafter.

6. I now understand that attorney Kloss' admission Pro Hac Vice was sponsored on February 26, 2019 by Dan Herman of Geer and Herman, P.C., Louise Geer's husband and law partner, all of whom had a conflict of interest when Herman executed a sponsor's statement, motion in support of such application. Mr. Kloss' fraudulent "retention" as well as the "settlement" reported to the Court on February 28, 2019 prompting an ordered judgment by dismissal of this action shortly thereafter on March 4, 2019 were all without my knowledge, authority or approval, and was antithetical to my interests.

7. Because all property had already been removed from the Dille Family Trust prior to such reported "settlement" and dismissal on March 4, 2019, in addition to the fact that there was a conflict of interest among Louise Geer, Dan Herman and David Kloss rendering their conduct fraudulent, without my knowledge, authority or approval, and antithetical to my interests as one of two sole beneficiaries of The Dille Family Trust, it is properly set aside and deemed without force or effect.

8. A letter was previously written to the Court concerning this matter pro se but no response was received.

9. A true and correct copy of the verified Petition that I and my brother filed in the Superior Court of the State of California on April 4, 2019 regarding the administration of the Dille Family Trust is attached to the Intervenors' Memorandum as *Exhibit J* and incorporated by reference herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in _____.

Dated: May 23, 2019

_____<br>LORRAINE DILLE WILLIAMS