1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

     THE DILLE FAMILY TRUST        :  CIVIL ACTION NUMBER
4                                   :
                                    :
5         VERSUS                    :
                                    :
6                                   :
     THE NOWLAN FAMILY TRUST        :  15-6231
7    _____

8                            JUNE 12, 2019
                             COURTROOM 10A
9                            PHILADELPHIA, PA 19106

10   _____
          BEFORE THE HONORABLE WENDY BEETLESTONE J.
11   _____

12                       PHONE CONFERENCE

13   APPEARANCES:

14   HENRY M. SNEATH, ESQUIRE
     KELLY WILLIAMS, ESQUIRE
15
     COUNSEL FOR THE PLAINTIFF
16   THE DILLE FAMILY TRUST

17

18
                  SUZANNE R. WHITE, RPR, FCRR, CM
19                   OFFICIAL COURT REPORTER
                     2609 U. S. COURTHOUSE
20                     601 MARKET STREET
                     PHILADELPHIA, PA 19106
21                      (215)627-1882

22

23
     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
24   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

25

1    CONTINUED APPEARANCES:

2    JOHN J. O'MALLEY, ESQUIRE
     COUNSEL FOR THE NOWLAN FAMILY TRUST
3
     PHONE PARTICIPANTS
4
     JAMIE UNGER, ESQUIRE
5    SALENE R. MAZUR, ESQUIRE
     AURELIUS P. ROBLETO, ESQUIRE
6    CHARLES M. COATE, ESQUIRE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    THE COURT:  THIS IS JUDGE BEETLESTONE.  I

2   CALLED THIS CONFERENCE BECAUSE I RECEIVED A LETTER FROM

3   MR. ROBLETO, INDICATING THAT HE HAD SOME ISSUES.  ALSO A

4   LETTER FROM MR. O'MALLEY SAYING THAT THESE ISSUES

5   WARRANT A PHONE CALL.

6                    PRELIMINARILY, THERE ARE TWO FOLKS WHO

7   ARE SEEKING TO BE ADMITTED PRO HAC, MR. ROBLETO AND

8   MR. COATE.  I HAVE SEEN YOUR SUBMISSIONS BUT I HAVE NOT

9   SEEN YOUR $40 CHECK.

10                    HAVE YOU SUBMITTED THAT?

11                    MR. COATE:  THIS IS MR. COATE, YOUR

12   HONOR.  NO, I HAVE NOT BUT I CERTAINLY WILL.

13                    THE COURT:  OKAY, WELL GET THAT DONE ASAP

14   WHEN WE ARE THROUGH HERE AND MAKE SURE MR. ROBLETO GETS

15   HIS AS WELL AND THEN I WILL SIGN THE ORDER.  I WILL DO

16   IT NUNC PRO TUNC SO THAT THIS CALL WILL BE COVERED.

17                    OKAY.  SO TELL ME WHAT THE ISSUES ARE.

18                    MR. ROBLETO:  YOUR HONOR, THIS IS

19   AURELIUS ROBLETO AND MY SITUATION IS THE SAME AND I WILL

20   SEND A CHECK TO YOU IMMEDIATELY FOLLOWING THIS CALL.

21                    THE COURT:  SO TELL ME WHAT THE SITUATION

22   IS?

23                    MR. O'MALLEY:  WELL, YOUR HONOR, THIS IS

24   JOHN O'MALLEY.

25                    I DID SEND A LETTER AFTER THE MOTION WAS

1    FILED AND THAT ACTUALLY WAS, WE HOPED THAT WE COULD HAVE

2    THE CONFERENCE BEFORE OUR RESPONSE WAS DUE BECAUSE WE

3    NOTICED THAT THERE WERE PROCEDURAL DEFICIENCIES WITH THE

4    MOTION AND WE THOUGHT PERHAPS RATHER THAN HAVE TO BRIEF

5    ALL THESE ISSUES THAT YOUR HONOR COULD HAVE RESOLVED

6    THEM OVER THE TELEPHONE PERHAPS OR GET SOME OF THE

7    COURT'S GUIDANCE.

8                    THE COURT:  YOU MEAN STANDING AND

9    JURISDICTIONAL ISSUES OVER THE TELEPHONE?

10                    MR. O'MALLEY:  WELL, AT LEAST TO GET THE

11    COURT'S GUIDANCE ON HOW TO ADDRESS THESE ISSUES SINCE

12    THERE WERE SOME CLEAR DEFICIENCIES, YOUR HONOR.

13                    THE COURT:  WELL, I THINK YOU HAVE TO

14    RESPOND JUST LIKE YOU NORMALLY WOULD.  I CERTAINLY DON'T

15    KNOW, SITTING HERE TODAY OR EVEN IF I READ THE BRIEF

16    WHAT THE SITUATIONS ARE SO I CAN'T MAKE A DECISION

17    ABSENT HEARING FROM BOTH PARTIES.

18                    MR. O'MALLEY:  I'M SORRY, YOUR HONOR.

19                    I WAS GOING TO SAY WE HAVE FILED OUR

20    RESPONSE TO THE MOTION TO SET ASIDE THE JUDGMENT AND

21    THEN I GUESS ON THE MOTION TO INTERVENE THAT IS STILL

22    PENDING, THAT WAS JUST FILED YESTERDAY.

23                    THE COURT:  WHAT IS IT THAT YOU WANT ME

24    TO DO?

25                    MR. O'MALLEY:  JOHN O'MALLEY.  AGAIN AT

1    THIS STAGE THE ISSUE I GUESS WE WERE HOPING TO AVOID

2    SOME BRIEFING BUT AT THIS STAGE IT DOES NOT APPEAR THAT

3    THAT -- WE HAVE ALREADY FILED OUR BRIEF ON THE MOTION TO

4    SET ASIDE JUDGMENT.  IT WAS JUST TO SEE IF WE COULD

5    STREAMLINE THE PROCESS BUT I THINK THAT TIME HAS ALREADY

6    PAST, YOUR HONOR.

7                    THE COURT:  OKAY.  SO RIGHT NOW I HAVE

8    THE MOTIONS.  I WILL RULE ON THEM.  THIS IS NOT THE

9    NORMAL CASE SO I WON'T BE MOVING THINGS ALONG WITH A

10   RULE 16 UNTIL SUCH TIME AS I HAVE DECIDED THOSE MOTIONS

11   AND IF AT THAT POINT, WE NEED TO SET A SCHEDULING ORDER,

12   I WILL CALL A CONFERENCE AND I WILL HAVE ONE.  OKAY.

13                    ANYTHING ELSE?

14                    MR. SNEATH:  YOUR HONOR, THIS IS HENRY

15   SNEATH.  YES, YOUR HONOR.

16                    CAN YOU HEAR ME, YOUR HONOR?  I AM

17   CALLING FROM SPAIN.  I APOLOGIZE.  THE RECEPTION HERE IS

18   NOT SO GREAT.

19                    THE COURT:  I CAN HEAR YOU AS THOUGH YOU

20   ARE IN THE NEXT ROOM.  OKAY.

21                    MR. SNEATH:  YOUR HONOR, WE DID FILE A

22   RESPONSE BRIEF AND CITED SOME PROCEDURAL DEFICIENCIES

23   AND THEN APPARENTLY I'M GETTING A LITTLE BIT OF DELAY,

24   DATA RESPONSE OVER HERE BUT I GATHER EITHER TODAY OR

25   YESTERDAY THE PRESUMED INTERVENORS FILED NOW A MOTION TO

1      INTERVENE.  THEY HAD NOT ORIGINALLY FILED ONE AND ONE

2      THING WE WANTED TO ENSURE -- AND THEY ALSO FILED MOTIONS

3      FOR ADMISSION PRO HAC VICE AND ALTHOUGH I DON'T

4      PARTICULARLY WANT TO GET INTO THEM OVER THE TELEPHONE,

5      WE MAY HAVE ISSUES WITH THAT AS WELL.

6                  THERE HAVE BEEN A NUMBER OF OTHER PENDING

7      LEGAL ACTIONS INCLUDING ONE IN THE WESTERN DISTRICT OF

8      PENNSYLVANIA THAT IS APPARENTLY BEFORE JUDGE HORNACK ON

9      A POST DISMISSAL ISSUE RELATING TO REPRESENTATION OF THE

10     DILLES SO WE WOULD LIKE TIME TO MAKE SURE THAT WE HAVE

11     TIME TO RULE ON WHAT WAS JUST FILED YESTERDAY WHICH WAS

12     A MOTION TO INTERVENE, WHICH HAS TONS OF LEGAL ISSUES.

13     WE RAISED THE FACT IN THE BRIEFING LAST WEEK THAT THEY

14     HAD NEVER FILED A MOTION TO INTERVENE.  THEY JUST

15     PRESUMED THEY WERE INTERVENORS WHICH, I BELIEVE

16     RESPECTFULLY YOU CANNOT DO IN FEDERAL COURT, SO WE WANT

17     TO MAKE SURE WE HAVE TIME TO FILE RESPONSE BRIEFS BOTH

18     TO THE MOTION TO INTERVENE WHICH WAS FILED I THINK IT

19     WAS YESTERDAY.  AGAIN, I LOST TRACK OF TIME A LITTLE BIT

20     OVER HERE AND THEN TIME TO RESPOND TO THEIR MOTIONS FOR

21     ADMISSION PRO HAC VICE BECAUSE THERE MAY BE ISSUES

22     RELATING TO THAT AND WE HAVE HAD NO TIME TO STUDY EITHER

23     BECAUSE WE JUST GOT IT.  WE JUST WANTED TO ENSURE A

24     TIMETABLE.

25                  THE COURT:  WELL, WITH RESPECT TO

1    RESPONDING TO THE SUBSTANTIVE MOTIONS, TELL ME WHAT TIME

2    YOU NEED, I WILL GIVE YOU THAT TIME.

3                    WITH RESPECT TO THE PRO HAC.  PRO HAC

4    DOES NOT GO TO WHETHER OR NOT A PARTICULAR ATTORNEY

5    SHOULD REPRESENT A PARTICULAR CLIENT IN A PARTICULAR

6    CASE.  IT SIMPLY GOES TO WHETHER OR NOT THEY ARE

7    ATTORNEYS IN GOOD STANDING AND THERE IS AN ATTORNEY IN

8    THIS JURISDICTION WHO IS WILLING TO SUPPORT THEIR PRO

9    HAC VICE ADMISSION AND THAT THEY PAY THE $40.  SO IT'S

10   NOT -- IF THERE ARE ISSUES WITH RESPECT TO THEIR

11   REPRESENTATION, THAT SHOULD BE DONE BY WAY OF MOTION

12   RATHER THAN BY WAY OF PRO HAC.  IN FACT, I THINK I

13   PROBABLY SIGNED THOSE PRO HACS ALREADY AS I DO AS A

14   MATTER OF COURSE AS LONG AS THOSE THREE PRECONDITIONS

15   ARE MET.

16                    MR. SNEATH:  THAT IS FINE.  I DID NOT

17   KNOW WHAT YOUR HONOR'S PRACTICE WAS IN THAT REGARD.

18   THAT IS PERFECTLY FINE SO WE WILL DEAL WITH THAT IN

19   ANOTHER FORM.

20                    YESTERDAY I GATHER IT WAS, SOMETHING,

21   CORRECT ME IF I'M WRONG BUT YESTERDAY I BELIEVE THEY

22   FILED NOW A MOTION TO INTERVENE AS OPPOSED TO JUST A

23   MOTION FOR OTHER SUBSTANTIVE RELIEF AND CANDIDLY, I'M

24   GOING TO BE IN SPAIN -- I'M AT A BOARD MEETING HERE NOW

25   UNTIL I COME BACK ON MONDAY, AND AS MUCH AS I'M TRYING

1    TO KEEP UP WITH THINGS, I WOULD LIKE, I WOULD SAY UNTIL

2    THE END OF NEXT WEEK, A WEEK FROM FRIDAY, TO FILE A

3    RESPONSE TO THE MOTION TO INTERVENE BECAUSE AGAIN, THAT

4    HAS ITS OWN LEGAL STANDARDS FOR WHAT INTERVENTION

5    COMPRISES AND WHEN IT IS ALLOWED.

6              THIS CASE HAS BEEN DISMISSED WITH

7    PREJUDICE AND SETTLED AS YOUR HONOR I'M SURE WELL KNOWS

8    SO THERE ARE SOME INTRIGUING ISSUES HERE THAT WE WOULD

9    LIKE TO BRIEF AND I WOULD SAY A WEEK FROM FRIDAY.  I

10   WOULD LIKE TO TELL YOU THE DATE BUT I AM AFRAID IF I PUT

11   MY PHONE DOWN, I'M AFRAID I AM GOING TO GET CUT OFF.

12              THE COURT:  I'M GOING TO GIVE YOU THREE

13   WEEKS, SO WHATEVER THAT IS, I WILL ISSUE AN ORDER.  IT'S

14   ONLY -- SO WHO DO YOU REPRESENT?

15              MR. SNEATH:  YOUR HONOR, IT IS HENRY

16   SNEATH BECAUSE I KNOW WE ARE BEING RECORDED.

17              HENRY SNEATH REPRESENTING THE DILLE

18   FAMILY TRUST.  I ENTERED MY APPEARANCE RECENTLY ON

19   BEHALF OF THE PLAINTIFF, THE DILLE FAMILY TRUST.  THAT

20   IS WHO I REPRESENT.

21              THE COURT:  I WILL ISSUE AN ORDER SAYING

22   THE DILLE FAMILY TRUST HAS THREE WEEKS TO RESPOND TO THE

23   MOTION TO INTERVENE.

24              DOES ANYONE ELSE WANT MORE TIME?

25              MR. O'MALLEY:  YES, YOUR HONOR, THIS IS

1    JOHN O'MALLEY.

2                CAN THE NOLAN FAMILY TRUST HAVE THE SAME

3    PERIOD OF TIME, YOUR HONOR?

4                THE COURT:  TO RESPOND TO WHAT?

5                MR. O'MALLEY:  TO RESPOND TO THE MOTION

6    TO INTERVENE.

7                THE COURT:  OKAY.

8                EVERYONE HAS THREE WEEKS TO RESPOND TO

9    THAT.  ANYTHING ELSE?  ANY OTHER REQUESTS FOR AN

10   EXTENSION?

11               MR. COATE:  YOUR HONOR, THIS IS MR. COATE

12   ON BEHALF OF THE INTERVENORS, AND MOVING PARTIES.

13               PRELIMINARILY, AND WE HAVE NOT HAD AN

14   OPPORTUNITY TO SPEAK.  WE HAVE AN ISSUE WITH MR. SNEATH

15   AND HIS ASSOCIATES' NOTICE OF APPEARANCE.

16               THE PLAINTIFF, THE DILLE FAMILY TRUST IS

17   REPRESENTED BY KLOSS STENGER.  I'M NOT AWARE OF ANY

18   SUBSTITUTION OF ATTORNEY WHERE MR. SNEATH'S OFFICE HAS

19   TAKEN OVER FROM THAT ENTITY, DILLE FAMILY TRUST, AS THEY

20   DESCRIBED IT.  THEY HAVE FILED A NOTICE OF APPEARANCE

21   RATHER ON BEHALF OF LOUISE GEAR WHO IS NOT A PARTY TO

22   THIS LAWSUIT AND; THEREFORE, IF ANYONE NEEDS TO FILE A

23   MOTION IN INTERVENTION, IT SHOULD BE MR. SNEATH'S

24   OFFICE.

25               I DON'T KNOW WHY MR. CLOTH IS NOT ON THIS

1    CALL BUT HE IS NOT ON THE CALL.

2                    MR. O'MALLEY:  YOUR HONOR, I CAN --

3                    THE COURT:  STOP, STOP, STOP.

4                    THIS IS A PROCEDURAL CALL.  THESE ARE

5    SUBSTANTIVE ISSUES YOU ARE RAISING.  I ALREADY INDICATED

6    THAT I'M NOT GOING TO ADDRESS THOSE ISSUES NOW BECAUSE

7    QUITE FRANKLY, YOU CAN SAY ALL SORTS OF STUFF ABOUT EACH

8    OTHER AND I HAVE NO IDEA WHO'S RIGHT SO IF THESE ISSUES,

9    OBVIOUSLY THESE ISSUES ARE THERE, AND THEY SHOULD BE

10    ADDRESSED APPROPRIATELY IN MOTION FORM.  I THINK IDEALLY

11    THIS THING SHOULD GO AWAY BEFORE I BECOME INVOLVED.

12                    AS YOU KNOW THAT, I HAVE BEEN INVOLVED

13    FOR SOME YEARS AND THIS IS A MESSY LITIGATION AND IF I

14    HAVE TO ADDRESS THE MESS AGAIN, I WILL, BUT I THINK IT

15    BEHOOVES ALL PARTIES TO HAVE A DISCUSSION TO SEE WHETHER

16    THEY CAN RESOLVE THE ISSUES AND PREVENT INCURRING

17    ADDITIONAL ATTORNEYS FEES.

18                    ANYTHING ELSE?

19                    MR. SNEATH:  NO, YOUR HONOR, THIS IS

20    HENRY SNEATH.  NOTHING, YOUR HONOR, THANK YOU FOR YOUR

21    CONSIDERATION.

22                    THE COURT:  OKAY.  THANK YOU VERY MUCH.

23    HAVE A GOOD DAY.

24                          - - -

25                    (PHONE CALL ENDED.)

1                    I CERTIFY THAT THE FOREGOING IS A CORRECT

2        TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

3        ABOVE-ENTITLED MATTER.

4

5

6        DATE                    SUZANNE R. WHITE

7                                OFFICIAL COURT REPORTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$40** [2] - 3:9, 7:9

## 1

**10A** [1] - 1:8
**12** [1] - 1:8
**15-6231** [1] - 1:6
**16** [1] - 5:10
**19106** [2] - 1:9, 1:20

## 2

**2019** [1] - 1:8
**215)627-1882** [1] - 1:21
**2609** [1] - 1:19

## 6

**601** [1] - 1:20

## A

**ABOUT** [1] - 10:7
**ABOVE** [1] - 11:3
**ABOVE-ENTITLED** [1] - 11:3
**ABSENT** [1] - 4:17
**ACTION** [1] - 1:3
**ACTIONS** [1] - 6:7
**ACTUALLY** [1] - 4:1
**ADDITIONAL** [1] - 10:17
**ADDRESS** [3] - 4:11, 10:6, 10:14
**ADDRESSED** [1] - 10:10
**ADMISSION** [3] - 6:3, 6:21, 7:9
**ADMITTED** [1] - 3:7
**AFRAID** [2] - 8:10, 8:11
**AFTER** [1] - 3:25
**AGAIN** [4] - 4:25, 6:19, 8:3, 10:14
**AIDED** [1] - 1:24
**ALL** [3] - 4:5, 10:7, 10:15
**ALLOWED** [1] - 8:5
**ALONG** [1] - 5:9
**ALREADY** [4] - 5:3, 5:5, 7:13, 10:5
**ALSO** [2] - 3:3, 6:2
**ALTHOUGH** [1] - 6:3
**AM** [3] - 5:16, 8:10, 8:11
**AN** [6] - 7:7, 8:13, 8:21, 9:9, 9:13, 9:14

## AND

**AND** [34] - 3:7, 3:14, 3:15, 3:19, 4:1, 4:4, 4:8, 4:20, 5:11, 5:12, 5:22, 5:23, 6:1, 6:2, 6:3, 6:20, 6:22, 7:7, 7:9, 7:23, 7:25, 8:5, 8:7, 8:9, 9:12, 9:13, 9:15, 9:22, 10:8, 10:9, 10:13, 10:16
**ANOTHER** [1] - 7:19
**ANY** [2] - 9:9, 9:17
**ANYONE** [2] - 8:24, 9:22
**ANYTHING** [3] - 5:13, 9:9, 10:18
**APOLOGIZE** [1] - 5:17
**APPARENTLY** [2] - 5:23, 6:8
**APPEAR** [1] - 5:2
**APPEARANCE** [3] - 8:18, 9:15, 9:20
**APPEARANCES** [2] - 1:13, 2:1
**APPROPRIATELY** [1] - 10:10
**ARE** [14] - 3:6, 3:7, 3:14, 3:17, 4:16, 5:20, 7:6, 7:10, 7:15, 8:8, 8:16, 10:4, 10:5, 10:9
**AS** [14] - 3:15, 5:10, 5:19, 6:5, 7:13, 7:14, 7:22, 7:25, 8:7, 9:19, 10:12
**ASAP** [1] - 3:13
**ASIDE** [2] - 4:20, 5:4
**ASSOCIATES'** [1] - 9:15
**AT** [5] - 4:10, 4:25, 5:2, 5:11, 7:24
**ATTORNEY** [3] - 7:4, 7:7, 9:18
**ATTORNEYS** [2] - 7:7, 10:17
**AURELIUS** [2] - 2:5, 3:19
**AVOID** [1] - 5:1
**AWARE** [1] - 9:17
**AWAY** [1] - 10:11

## B

**BACK** [1] - 7:25
**BE** [8] - 3:7, 3:16, 5:9, 6:21, 7:11, 7:24, 9:23, 10:9
**BECAUSE** [7] - 3:2, 4:2, 6:21, 6:23, 8:3, 8:16, 10:6
**BECOME** [1] - 10:11

## BEEN

**BEEN** [3] - 6:6, 8:6, 10:12
**BEETLESTONE** [2] - 1:10, 3:1
**BEFORE** [4] - 1:10, 4:2, 6:8, 10:11
**BEHALF** [3] - 8:19, 9:12, 9:21
**BEHOOVES** [1] - 10:15
**BEING** [1] - 8:16
**BELIEVE** [2] - 6:15, 7:21
**BIT** [2] - 5:23, 6:19
**BOARD** [1] - 7:24
**BOTH** [2] - 4:17, 6:17
**BRIEF** [5] - 4:4, 4:15, 5:3, 5:22, 8:9
**BRIEFING** [2] - 5:2, 6:13
**BRIEFS** [1] - 6:17
**BUT** [9] - 3:8, 3:12, 5:2, 5:5, 5:24, 7:21, 8:10, 10:1, 10:14
**BY** [5] - 1:23, 1:24, 7:11, 7:12, 9:17

## C

**CALL** [8] - 3:5, 3:16, 3:20, 5:12, 10:1, 10:4, 10:25
**CALLED** [1] - 3:2
**CALLING** [1] - 5:17
**CAN** [6] - 5:16, 5:19, 9:2, 10:2, 10:7, 10:16
**CAN'T** [1] - 4:16
**CANDIDLY** [1] - 7:23
**CANNOT** [1] - 6:16
**CASE** [3] - 5:9, 7:6, 8:6
**CERTAINLY** [2] - 3:12, 4:14
**CERTIFY** [1] - 11:1
**CHARLES** [1] - 2:6
**CHECK** [2] - 3:9, 3:20
**CITED** [1] - 5:22
**CIVIL** [1] - 1:3
**CLEAR** [1] - 4:12
**CLIENT** [1] - 7:5
**CLOTH** [1] - 9:25
**CM** [1] - 1:18
**COATE** [6] - 2:6, 3:8, 3:11, 9:11
**COME** [1] - 7:25
**COMPRISES** [1] - 8:5
**COMPUTER** [2] - 1:23, 1:24
**COMPUTER-AIDED**

## [1] - 1:24

**CONFERENCE** [4] - 1:12, 3:2, 4:2, 5:12
**CONSIDERATION** [1] - 10:21
**CONTINUED** [1] - 2:1
**CORRECT** [2] - 7:21, 11:1
**COULD** [3] - 4:1, 4:5, 5:4
**COUNSEL** [2] - 1:15, 2:2
**COURSE** [1] - 7:14
**COURT** [19] - 1:1, 1:19, 3:1, 3:13, 3:21, 4:8, 4:13, 4:23, 5:7, 5:19, 6:16, 6:25, 8:12, 8:21, 9:4, 9:7, 10:3, 10:22, 11:7
**COURT'S** [2] - 4:7, 4:11
**COURTHOUSE** [1] - 1:19
**COURTROOM** [1] - 1:8
**COVERED** [1] - 3:16
**CUT** [1] - 8:11

## D

**DATA** [1] - 5:24
**DATE** [2] - 8:10, 11:6
**DAY** [1] - 10:23
**DEAL** [1] - 7:18
**DECIDED** [1] - 5:10
**DECISION** [1] - 4:16
**DEFICIENCIES** [3] - 4:3, 4:12, 5:22
**DELAY** [1] - 5:23
**DESCRIBED** [1] - 9:20
**DID** [3] - 3:25, 5:21, 7:16
**DILLE** [7] - 1:3, 1:16, 8:17, 8:19, 8:22, 9:16, 9:19
**DILLES** [1] - 6:10
**DISCUSSION** [1] - 10:15
**DISMISSAL** [1] - 6:9
**DISMISSED** [1] - 8:6
**DISTRICT** [3] - 1:1, 1:2, 6:7
**DO** [5] - 3:15, 4:24, 6:16, 7:13, 8:14
**DOES** [3] - 5:2, 7:4, 8:24
**DON'T** [3] - 4:14, 6:3, 9:25
**DONE** [2] - 3:13, 7:11
**DOWN** [1] - 8:11

## DUE

**DUE** [1] - 4:2

## E

**EACH** [1] - 10:7
**EASTERN** [1] - 1:2
**EITHER** [2] - 5:24, 6:22
**ELSE** [4] - 5:13, 8:24, 9:9, 10:18
**END** [1] - 8:2
**ENDED** [1] - 10:25
**ENSURE** [2] - 6:2, 6:23
**ENTERED** [1] - 8:18
**ENTITLED** [1] - 11:3
**ENTITY** [1] - 9:19
**ESQUIRE** [7] - 1:14, 1:14, 2:2, 2:4, 2:5, 2:5, 2:6
**EVEN** [1] - 4:15
**EVERYONE** [1] - 9:8
**EXTENSION** [1] - 9:10

## F

**FACT** [2] - 6:13, 7:12
**FAMILY** [10] - 1:3, 1:6, 1:16, 2:2, 8:18, 8:19, 8:22, 9:2, 9:16, 9:19
**FCRR** [1] - 1:18
**FEDERAL** [1] - 6:16
**FEES** [1] - 10:17
**FILE** [4] - 5:21, 6:17, 8:2, 9:22
**FILED** [12] - 4:1, 4:19, 4:22, 5:3, 5:25, 6:1, 6:2, 6:11, 6:14, 6:18, 7:22, 9:20
**FINE** [2] - 7:16, 7:18
**FOLKS** [1] - 3:6
**FOLLOWING** [1] - 3:20
**FOR** [10] - 1:2, 1:15, 2:2, 6:3, 6:20, 7:23, 8:4, 9:9, 10:13, 10:20
**FOREGOING** [1] - 11:1
**FORM** [2] - 7:19, 10:10
**FRANKLY** [1] - 10:7
**FRIDAY** [2] - 8:2, 8:9
**FROM** [8] - 3:2, 3:4, 4:17, 5:17, 8:2, 8:9, 9:19, 11:2

## G

**GATHER** [2] - 5:24,

7:20
**GEAR** [1] - 9:21
**GET** [5] - 3:13, 4:6, 4:10, 6:4, 8:11
**GETS** [1] - 3:14
**GETTING** [1] - 5:23
**GIVE** [2] - 7:2, 8:12
**GO** [2] - 7:4, 10:11
**GOES** [1] - 7:6
**GOING** [5] - 4:19, 7:24, 8:11, 8:12, 10:6
**GOOD** [2] - 7:7, 10:23
**GOT** [1] - 6:23
**GREAT** [1] - 5:18
**GUESS** [2] - 4:21, 5:1
**GUIDANCE** [2] - 4:7, 4:11

## H

**HAC** [7] - 3:7, 6:3, 6:21, 7:3, 7:9, 7:12
**HACS** [1] - 7:13
**HAD** [5] - 3:3, 6:1, 6:14, 6:22, 9:13
**HAS** [7] - 5:5, 6:12, 8:4, 8:6, 8:22, 9:8, 9:18
**HAVE** [27] - 3:8, 3:10, 3:12, 4:1, 4:4, 4:5, 4:13, 4:19, 5:3, 5:7, 5:10, 5:12, 6:5, 6:6, 6:10, 6:17, 6:22, 9:2, 9:13, 9:14, 9:20, 10:8, 10:12, 10:14, 10:15, 10:23
**HE** [2] - 3:3, 10:1
**HEAR** [2] - 5:16, 5:19
**HEARING** [1] - 4:17
**HENRY** [5] - 1:14, 5:14, 8:15, 8:17, 10:20
**HERE** [7] - 3:14, 4:15, 5:17, 5:24, 6:20, 7:24, 8:8
**HIS** [2] - 3:15, 9:15
**HONOR** [19] - 3:12, 3:18, 3:23, 4:5, 4:12, 4:18, 5:6, 5:14, 5:15, 5:16, 5:21, 8:7, 8:15, 8:25, 9:3, 9:11, 10:2, 10:19, 10:20
**HONOR'S** [1] - 7:17
**HONORABLE** [1] - 1:10
**HOPED** [1] - 4:1
**HOPING** [1] - 5:1
**HORNACK** [1] - 6:8
**HOW** [1] - 4:11

## I

**I'M** [11] - 4:18, 5:23, 7:21, 7:23, 7:24, 7:25, 8:7, 8:11, 8:12, 9:17, 10:6
**IDEA** [1] - 10:8
**IDEALLY** [1] - 10:10
**IF** [9] - 4:15, 5:4, 5:11, 7:10, 7:21, 8:10, 9:22, 10:8, 10:13
**IMMEDIATELY** [1] - 3:20
**IN** [15] - 1:1, 5:20, 6:7, 6:13, 6:16, 7:5, 7:7, 7:12, 7:17, 7:18, 7:24, 9:23, 10:10, 11:2
**INCLUDING** [1] - 6:7
**INCURRING** [1] - 10:16
**INDICATED** [1] - 10:5
**INDICATING** [1] - 3:3
**INTERVENE** [9] - 4:21, 6:1, 6:12, 6:14, 6:18, 7:22, 8:3, 8:23, 9:6
**INTERVENORS** [3] - 5:25, 6:15, 9:12
**INTERVENTION** [2] - 8:4, 9:23
**INTO** [1] - 6:4
**INTRIGUING** [1] - 8:8
**INVOLVED** [2] - 10:11, 10:12
**IS** [30] - 3:1, 3:11, 3:18, 3:19, 3:22, 3:23, 4:21, 4:23, 5:8, 5:14, 5:17, 6:8, 7:7, 7:8, 7:16, 7:18, 8:5, 8:13, 8:15, 8:20, 8:25, 9:11, 9:16, 9:21, 9:25, 10:1, 10:4, 10:13, 10:19, 11:1
**ISSUE** [5] - 5:1, 6:9, 8:13, 8:21, 9:14
**ISSUES** [16] - 3:3, 3:4, 3:17, 4:5, 4:9, 4:11, 6:5, 6:12, 6:21, 7:10, 8:8, 10:5, 10:6, 10:8, 10:9, 10:16
**IT** [13] - 3:16, 4:23, 5:2, 5:4, 6:18, 6:23, 7:6, 7:20, 8:5, 8:15, 9:20, 9:23, 10:14
**IT'S** [2] - 7:9, 8:13
**ITS** [1] - 8:4

## J

**JAMIE** [1] - 2:4
**JOHN** [4] - 2:2, 3:24, 4:25, 9:1
**JUDGE** [2] - 3:1, 6:8
**JUDGMENT** [2] - 4:20, 5:4
**JUNE** [1] - 1:8
**JURISDICTION** [1] - 7:8
**JURISDICTIONAL** [1] - 4:9
**JUST** [8] - 4:14, 4:22, 5:4, 6:11, 6:14, 6:23, 7:22

## K

**KEEP** [1] - 8:1
**KELLY** [1] - 1:14
**KLOSS** [1] - 9:17
**KNOW** [5] - 4:15, 7:17, 8:16, 9:25, 10:12
**KNOWS** [1] - 8:7

## L

**LAST** [1] - 6:13
**LAWSUIT** [1] - 9:22
**LEAST** [1] - 4:10
**LEGAL** [3] - 6:7, 6:12, 8:4
**LETTER** [3] - 3:2, 3:4, 3:25
**LIKE** [5] - 4:14, 6:10, 8:1, 8:9, 8:10
**LITIGATION** [1] - 10:13
**LITTLE** [2] - 5:23, 6:19
**LONG** [1] - 7:14
**LOST** [1] - 6:19
**LOUISE** [1] - 9:21

## M

**MAKE** [4] - 3:14, 4:16, 6:10, 6:17
**MARKET** [1] - 1:20
**MATTER** [2] - 7:14, 11:3
**MAY** [2] - 6:5, 6:21
**MAZUR** [1] - 2:5
**ME** [6] - 3:17, 3:21, 4:23, 5:16, 7:1, 7:21
**MEAN** [1] - 4:8
**MEETING** [1] - 7:24
**MESS** [1] - 10:14
**MESSY** [1] - 10:13
**MET** [1] - 7:15

**MONDAY** [1] - 7:25
**MORE** [1] - 8:24
**MOTION** [17] - 3:25, 4:4, 4:20, 4:21, 5:3, 5:25, 6:12, 6:14, 6:18, 7:11, 7:22, 7:23, 8:3, 8:23, 9:5, 9:23, 10:10
**MOTIONS** [5] - 5:8, 5:10, 6:2, 6:20, 7:1
**MOVING** [2] - 5:9, 9:12
**MR** [26] - 3:3, 3:4, 3:7, 3:8, 3:11, 3:14, 3:18, 3:23, 4:10, 4:18, 4:25, 5:14, 5:21, 7:16, 8:15, 8:25, 9:5, 9:11, 9:14, 9:18, 9:23, 9:25, 10:2, 10:19
**MUCH** [2] - 7:25, 10:22
**MY** [3] - 3:19, 8:11, 8:18

## N

**NEED** [2] - 5:11, 7:2
**NEEDS** [1] - 9:22
**NEVER** [1] - 6:14
**NEXT** [2] - 5:20, 8:2
**NO** [4] - 3:12, 6:22, 10:8, 10:19
**NOLAN** [1] - 9:2
**NORMAL** [1] - 5:9
**NORMALLY** [1] - 4:14
**NOT** [17] - 3:8, 3:12, 5:2, 5:8, 5:18, 6:1, 7:4, 7:6, 7:10, 7:16, 9:13, 9:17, 9:21, 9:25, 10:1, 10:6
**NOTHING** [1] - 10:20
**NOTICE** [2] - 9:15, 9:20
**NOTICED** [1] - 4:3
**NOW** [5] - 5:7, 5:25, 7:22, 7:24, 10:6
**NOWLAN** [2] - 1:6, 2:2
**NUMBER** [2] - 1:3, 6:6
**NUNC** [1] - 3:16

## O

**O'MALLEY** [12] - 2:2, 3:4, 3:23, 3:24, 4:10, 4:18, 4:25, 8:25, 9:1, 9:5, 10:2
**OBVIOUSLY** [1] - 10:9
**OF** [22] - 1:2, 4:6, 5:23, 6:6, 6:7, 6:9,

6:12, 6:19, 7:11, 7:12, 7:14, 8:2, 8:19, 9:3, 9:12, 9:15, 9:17, 9:18, 9:20, 9:21, 10:7, 11:2
**OFF** [1] - 8:11
**OFFICE** [2] - 9:18, 9:24
**OFFICIAL** [2] - 1:19, 11:7
**OKAY** [7] - 3:13, 3:17, 5:7, 5:12, 5:20, 9:7, 10:22
**ON** [12] - 4:11, 4:21, 5:3, 5:8, 6:8, 6:11, 7:25, 8:18, 9:12, 9:21, 9:25, 10:1
**ONE** [4] - 5:12, 6:1, 6:7
**ONLY** [1] - 8:14
**OPPORTUNITY** [1] - 9:14
**OPPOSED** [1] - 7:22
**OR** [5] - 4:6, 4:15, 5:24, 7:4, 7:6
**ORDER** [4] - 3:15, 5:11, 8:13, 8:21
**ORIGINALLY** [1] - 6:1
**OTHER** [4] - 6:6, 7:23, 9:9, 10:8
**OUR** [3] - 4:2, 4:19, 5:3
**OVER** [6] - 4:6, 4:9, 5:24, 6:4, 6:20, 9:19
**OWN** [1] - 8:4

## P

**PA** [2] - 1:9, 1:20
**PARTICIPANTS** [1] - 2:3
**PARTICULAR** [3] - 7:4, 7:5
**PARTICULARLY** [1] - 6:4
**PARTIES** [3] - 4:17, 9:12, 10:15
**PARTY** [1] - 7:4
**PAST** [1] - 5:6
**PAY** [1] - 7:9
**PENDING** [2] - 4:22, 6:6
**PENNSYLVANIA** [2] - 1:2, 6:8
**PERFECTLY** [1] - 7:18
**PERHAPS** [2] - 4:4, 4:6
**PERIOD** [1] - 9:3
**PHILADELPHIA** [2] - 1:9, 1:20

**PHONE** [5] - 1:12, 2:3, 3:5, 8:11, 10:25

**PLAINTIFF** [3] - 1:15, 8:19, 9:16

**POINT** [1] - 5:11

**POST** [1] - 6:9

**PRACTICE** [1] - 7:17

**PRECONDITIONS** [1] - 7:14

**PREJUDICE** [1] - 8:7

**PRELIMINARILY** [2] - 3:6, 9:13

**PRESUMED** [2] - 5:25, 6:15

**PREVENT** [1] - 10:16

**PRO** [9] - 3:7, 3:16, 6:3, 6:21, 7:3, 7:8, 7:12, 7:13

**PROBABLY** [1] - 7:13

**PROCEDURAL** [3] - 4:3, 5:22, 10:4

**PROCEEDINGS** [2] - 1:23, 11:2

**PROCESS** [1] - 5:5

**PRODUCED** [1] - 1:24

**PUT** [1] - 8:10

**Q**

**QUITE** [1] - 10:7

**R**

**RAISED** [1] - 6:13

**RAISING** [1] - 10:5

**RATHER** [3] - 4:4, 7:12, 9:21

**READ** [1] - 4:15

**RECEIVED** [1] - 3:2

**RECENTLY** [1] - 8:18

**RECEPTION** [1] - 5:17

**RECORD** [1] - 11:2

**RECORDED** [2] - 1:23, 8:16

**REGARD** [1] - 7:17

**RELATING** [2] - 6:9, 6:22

**RELIEF** [1] - 7:23

**REPORTER** [2] - 1:19, 11:7

**REPRESENT** [3] - 7:5, 8:14, 8:20

**REPRESENTATION** [2] - 6:9, 7:11

**REPRESENTED** [1] - 9:17

**REPRESENTING** [1] - 8:17

**REQUESTS** [1] - 9:9

**RESOLVE** [1] - 10:16

**RESOLVED** [1] - 4:5

**RESPECT** [3] - 6:25, 7:3, 7:10

**RESPECTFULLY** [1] - 6:16

**RESPOND** [6] - 4:14, 6:20, 8:22, 9:4, 9:5, 9:8

**RESPONDING** [1] - 7:1

**RESPONSE** [6] - 4:2, 4:20, 5:22, 5:24, 6:17, 8:3

**RIGHT** [2] - 5:7, 10:8

**ROBLETO** [6] - 2:5, 3:3, 3:7, 3:14, 3:18, 3:19

**ROOM** [1] - 5:20

**RPR** [1] - 1:18

**RULE** [3] - 5:8, 5:10, 6:11

**S**

**SALENE** [1] - 2:5

**SAME** [2] - 3:19, 9:2

**SAY** [4] - 4:19, 8:1, 8:9, 10:7

**SAYING** [2] - 3:4, 8:21

**SCHEDULING** [1] - 5:11

**SEE** [2] - 5:4, 10:15

**SEEKING** [1] - 3:7

**SEEN** [2] - 3:8, 3:9

**SEND** [2] - 3:20, 3:25

**SET** [3] - 4:20, 5:4, 5:11

**SETTLED** [1] - 8:7

**SHOULD** [5] - 7:5, 7:11, 9:23, 10:9, 10:11

**SIGN** [1] - 3:15

**SIGNED** [1] - 7:13

**SIMPLY** [1] - 7:6

**SINCE** [1] - 4:11

**SITTING** [1] - 4:15

**SITUATION** [2] - 3:19, 3:21

**SITUATIONS** [1] - 4:16

**SNEATH** [11] - 1:14, 5:14, 5:15, 5:21, 7:16, 8:15, 8:16, 8:17, 9:14, 10:19, 10:20

**SNEATH'S** [2] - 9:18, 9:23

**SO** [15] - 3:16, 3:17, 3:21, 4:16, 5:7, 5:9, 5:18, 6:10, 6:16, 7:9,

7:18, 8:8, 8:13, 8:14, 10:8

**SOME** [7] - 3:3, 4:6, 4:12, 5:2, 5:22, 8:8, 10:13

**SOMETHING** [1] - 7:20

**SORRY** [1] - 4:18

**SORTS** [1] - 10:7

**SPAIN** [2] - 5:17, 7:24

**SPEAK** [1] - 9:14

**STAGE** [2] - 5:1, 5:2

**STANDARDS** [1] - 8:4

**STANDING** [2] - 4:8, 7:7

**STATES** [1] - 1:1

**STENGER** [1] - 9:17

**STENOTYPE** [1] - 1:23

**STENOTYPE-COMPUTER** [1] - 1:23

**STILL** [1] - 4:21

**STOP** [3] - 10:3

**STREAMLINE** [1] - 5:5

**STREET** [1] - 1:20

**STUDY** [1] - 6:22

**STUFF** [1] - 10:7

**SUBMISSIONS** [1] - 3:8

**SUBMITTED** [1] - 3:10

**SUBSTANTIVE** [3] - 7:1, 7:23, 10:5

**SUBSTITUTION** [1] - 9:18

**SUCH** [1] - 5:10

**SUPPORT** [1] - 7:8

**SURE** [4] - 3:14, 6:10, 6:17, 8:7

**SUZANNE** [2] - 1:18, 11:6

**T**

**TAKEN** [1] - 9:19

**TELEPHONE** [3] - 4:6, 4:9, 6:4

**TELL** [4] - 3:17, 3:21, 7:1, 8:10

**THAN** [2] - 4:4, 7:12

**THANK** [2] - 10:20, 10:22

**THAT** [37] - 3:3, 3:4, 3:10, 3:13, 3:16, 4:1, 4:3, 4:5, 4:21, 4:22, 4:23, 5:2, 5:3, 5:5, 5:11, 6:5, 6:8, 6:10, 6:13, 6:22, 7:2, 7:9, 7:11, 7:16, 7:17, 7:18, 8:3, 8:8, 8:13,

8:19, 9:9, 9:19, 10:6, 10:12, 11:1

**THE** [76] - 1:1, 1:2, 1:3, 1:6, 1:10, 1:15, 1:16, 2:2, 3:1, 3:13, 3:15, 3:17, 3:19, 3:21, 3:25, 4:2, 4:3, 4:6, 4:8, 4:9, 4:10, 4:13, 4:15, 4:16, 4:20, 4:21, 4:23, 5:1, 5:3, 5:5, 5:7, 5:8, 5:17, 5:19, 5:20, 5:25, 6:4, 6:7, 6:9, 6:13, 6:18, 6:25, 7:1, 7:3, 7:9, 8:2, 8:3, 8:10, 8:12, 8:17, 8:19, 8:21, 8:22, 9:2, 9:4, 9:5, 9:7, 9:12, 9:16, 10:1, 10:3, 10:14, 10:16, 10:22, 11:1, 11:2

**THEIR** [3] - 6:20, 7:8, 7:10

**THEM** [3] - 4:6, 5:8, 6:4

**THEN** [4] - 3:15, 4:21, 5:23, 6:20

**THERE** [9] - 3:6, 4:3, 4:12, 6:6, 6:21, 7:7, 7:10, 8:8, 10:9

**THEREFORE** [1] - 9:22

**THESE** [6] - 3:4, 4:5, 4:11, 10:4, 10:8, 10:9

**THEY** [12] - 6:1, 6:2, 6:13, 6:14, 6:15, 7:6, 7:9, 7:21, 9:19, 9:20, 10:9, 10:16

**THING** [2] - 6:2, 10:11

**THINGS** [2] - 5:9, 8:1

**THINK** [6] - 4:13, 5:5, 6:18, 7:12, 10:10, 10:14

**THIS** [21] - 3:1, 3:2, 3:11, 3:16, 3:18, 3:20, 3:23, 5:1, 5:2, 5:8, 5:14, 7:8, 8:6, 8:25, 9:11, 9:22, 9:25, 10:4, 10:11, 10:13, 10:19

**THOSE** [4] - 5:10, 7:13, 7:14, 10:6

**THOUGH** [1] - 5:19

**THOUGHT** [1] - 4:4

**THREE** [4] - 7:14, 8:12, 8:22, 9:8

**THROUGH** [1] - 3:14

**TIME** [12] - 5:5, 5:10, 6:10, 6:11, 6:17,

6:19, 6:20, 6:22, 7:1, 7:2, 8:24, 9:3

**TIMETABLE** [1] - 6:24

**TO** [67] - 3:7, 3:20, 4:4, 4:10, 4:11, 4:13, 4:19, 4:20, 4:21, 4:24, 5:1, 5:3, 5:4, 5:11, 5:25, 6:2, 6:4, 6:9, 6:10, 6:11, 6:12, 6:14, 6:17, 6:18, 6:20, 6:22, 6:23, 6:25, 7:1, 7:3, 7:4, 7:6, 7:8, 7:10, 7:22, 7:24, 8:1, 8:2, 8:3, 8:9, 8:10, 8:11, 8:12, 8:22, 8:23, 9:4, 9:5, 9:6, 9:8, 9:14, 9:21, 9:22, 10:6, 10:14, 10:15

**TODAY** [2] - 4:15, 5:24

**TONS** [1] - 6:12

**TRACK** [1] - 6:19

**TRANSCRIPT** [2] - 1:24, 11:2

**TRANSCRIPTION** [1] - 1:24

**TRUST** [10] - 1:3, 1:6, 1:16, 2:2, 8:18, 8:19, 8:22, 9:2, 9:16, 9:19

**TRYING** [1] - 7:25

**TUNC** [1] - 3:16

**TWO** [1] - 3:6

**U**

**UNGER** [1] - 2:4

**UNITED** [1] - 1:1

**UNTIL** [3] - 5:10, 7:25, 8:1

**UP** [1] - 8:1

**V**

**VERSUS** [1] - 1:5

**VERY** [1] - 10:22

**VICE** [3] - 6:3, 6:21, 7:9

**W**

**WANT** [4] - 4:23, 6:4, 6:16, 8:24

**WANTED** [2] - 6:2, 6:23

**WARRANT** [1] - 3:5

**WAS** [12] - 3:25, 4:1, 4:2, 4:19, 4:22, 5:4, 6:11, 6:18, 6:19, 7:17, 7:20

**WAY** [2] - 7:11, 7:12

**WE** [26] - 3:14, 4:1, 4:2, 4:4, 4:19, 5:1, 5:3, 5:4, 5:11, 5:21, 6:2, 6:5, 6:10, 6:13, 6:16, 6:17, 6:22, 6:23, 7:18, 8:8, 8:16, 9:13, 9:14
**WEEK** [4] - 6:13, 8:2, 8:9
**WEEKS** [3] - 8:13, 8:22, 9:8
**WELL** [8] - 3:13, 3:15, 3:23, 4:10, 4:13, 6:5, 6:25, 8:7
**WENDY** [1] - 1:10
**WERE** [4] - 4:3, 4:12, 5:1, 6:15
**WESTERN** [1] - 6:7
**WHAT** [9] - 3:17, 3:21, 4:16, 4:23, 6:11, 7:1, 7:17, 8:4, 9:4
**WHATEVER** [1] - 8:13
**WHEN** [2] - 3:14, 8:5
**WHERE** [1] - 9:18
**WHETHER** [3] - 7:4, 7:6, 10:15
**WHICH** [4] - 6:11, 6:12, 6:15, 6:18
**WHITE** [2] - 1:18, 11:6
**WHO** [5] - 3:6, 7:8, 8:14, 8:20, 9:21
**WHO'S** [1] - 10:8
**WHY** [1] - 9:25
**WILL** [13] - 3:12, 3:15, 3:16, 3:19, 5:8, 5:12, 7:2, 7:18, 8:13, 8:21, 10:14
**WILLIAMS** [1] - 1:14
**WILLING** [1] - 7:8
**WITH** [10] - 4:3, 5:9, 6:5, 6:25, 7:3, 7:10, 7:18, 8:1, 8:6, 9:14
**WON'T** [1] - 5:9
**WOULD** [7] - 4:14, 6:10, 8:1, 8:8, 8:9, 8:10
**WRONG** [1] - 7:21

## Y

**YEARS** [1] - 10:13
**YES** [2] - 5:15, 8:25
**YESTERDAY** [6] - 4:22, 5:25, 6:11, 6:19, 7:20, 7:21
**YOU** [20] - 3:10, 3:20, 4:8, 4:13, 4:14, 4:23, 5:16, 5:19, 6:16, 7:2, 8:10, 8:12, 8:14, 10:5, 10:7, 10:12, 10:20, 10:22
**YOUR** [23] - 3:8, 3:9, 3:11, 3:18, 3:23, 4:5, 4:12, 4:18, 5:6, 5:14, 5:15, 5:16, 5:21, 7:17, 8:7, 8:15, 8:25, 9:3, 9:11, 10:2, 10:19, 10:20