```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA

                                    .
The Dille Family Trust,             .    Docket #CV-15-6231 (WB)
                                    .
        Plaintiff,                  .
                                    .    United States Courthouse
            vs.                     .    Philadelphia, PA
                                    .    February 28, 2019
The Nowlan Family Trust,            .    3:39 p.m.
                                    .
        Defendant.                  .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


                    TRANSCRIPT OF SETTLEMENT HEARING
                BEFORE THE HONORABLE WENDY BEETLESTONE
                   UNITED STATES DISTRICT COURT JUDGE
```

APPEARANCES:

| | |
|---|---|
| For The Plaintiff: | David Kloss, Esq. |
| | Kloss Stenger & Lotempio |
| (Via telephone) | 9545 Main Street |
| | Clarence, NY 14031 |
| | |
| For The Defendant: | John J. O'Malley, Esq. |
| | Volpe & Koenig, PC |
| | United Plaza-ste. 1600 |
| | 30 South 17th Street |
| | Philadelphia, PA 19103 |
| | |
| Audio Operator | M. Mani |
| | |
| Transcribing Firm: | Writer's Cramp, Inc. |
| | 63 Dakota Drive |
| | Hamilton, NJ 08619 |
| | 609-588-8043 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

2

```
 1              THE CLERK:  All rise.  Court is now in session, the
 2    Honorable Wendy Beetlestone presiding.
 3              THE COURT:  Have a seat.  Who have I got on the
 4    line?
 5              MR. KLOSS:  David Kloss, Your Honor, for the Dille
 6    Family Trust --
 7              THE COURT:  Okay, I've got Mr. Kloss.
 8              MR. KLOSS:  -- (indiscern.).
 9              THE COURT:  Okay.  And in the courtroom, I've got?
10              MR. O'MALLEY:  John O'Malley, Your Honor for the
11    Nowlan Family Trust and our law clerk, Laura Lipschutz.
12              THE COURT:  Okay.  And this is the matter of 15-
13    6231, Dille Family Trust versus Nowlan Family Trust.
14              MR. O'MALLEY:  Correct, Your Honor.
15              MR. KLOSS:  Correct.
16              THE COURT:  And I understand you've reached a
17    settlement.
18              MR. O'MALLEY:  That's correct, Your Honor.
19              MR. KLOSS:  We have.
20              THE COURT:  Okay.  Well, and I understand also you
21    want to put it on the record.
22              MR. O'MALLEY:  In last 24 hours, we've been able to
23    memorialize the settlement, Your Honor.
24              THE COURT:  Okay.
25              MR. O'MALLEY:  I don't know if I can -- we have a
```

                                                                  3

1    proposed stipulation order of dismissal.
2             THE COURT:  Well, you don't need to file the
3    settlement.  I just need to have a 41(b) order and I can sign
4    it.  I'm assuming that this involves no continued jurisdiction
5    of the Court.
6             MR. O'MALLEY:  That's correct.
7             THE COURT:  Good.  Then I think all you need to do
8    is you need to sign it and then I can sign an order dismissing
9    it.
10            MR. O'MALLEY:  Well, we would like to get the order,
11   I guess since there's been so much back and forth we would
12   like to put it on the record.  It's not a confidential
13   settlement.  Would be better to submit it for the Court --
14            THE COURT:  I didn't file it.
15            MR. O'MALLEY:  File it, okay.
16            THE COURT:  Just file it and then file with it an
17   order of dismissal and I will -- well, let me take a look at
18   it because I hear that there's no further engagement of the
19   Court, but I want to make sure because --
20            MR. O'MALLEY:  Sure.
21            THE COURT:  -- I do not want to be involved any
22   further with this litigation.  I just want to see the Buck
23   Rogers movie, that's it.
24       (Laughter)
25            MR. O'MALLEY:  I understand.

                                                                    4

1      (Laughter)
2            MR. O'MALLEY:  I can explain it.  There's a lot of
3      documents there but it's not as bad as it looks.
4            THE COURT:  Okay, so I have a stipulation of
5      dismissal which is a Rule 41.  But you want me to approve the
6      stipulation and agreement, okay.  So --
7            MR. O'MALLEY:  And then the exhibits, Your Honor,
8      are the settlement agreement and then as part of the
9      settlement, Your Honor, there's a transfer of assets from the
10     Dille Family Trust in consideration fo $300,000.  So there's
11     an asset purchase agreement.  And the majority of what I
12     handed to you is just the schedules of the intellectual
13     property that's being transferred, Your Honor.
14           THE COURT:  Okay.  Why is it that I have -- you've
15     drafted this thing to say that I approve the stipulation and
16     agreement?  Because generally, I don't do that --
17           MR. O'MALLEY:  Okay.
18           THE COURT:  -- that's not what I do.  I just, you
19     tell me that settled and I sign off.  I'm happy to do that.
20     I'm not going to sign this order --
21           MR. O'MALLEY:  Okay.
22           THE COURT:  -- because it suggests that I should
23     have continued engagement when I'm not going to.  So, if you
24     want to file the agreement, that's fine.  And you can even in
25     the Rule 41(b) say, "In light of the parties agreement which

5

1   was filed, the parties seek to dismiss this case with each
2   party to bear their own costs, expenses and attorney's fees."
3   I'm happy to do that.
4            MR. KLOSS:  And we --
5            MR. O'MALLEY:  Okay.  And with respect to the order
6   language, is there anything I should strike out there or?
7            THE COURT:  Well, "I hereby approve.  It is hereby
8   ordered and decreed this February 28, 2019, that this case is
9   dismissed with prejudice with each party to bear their own
10  costs, expenses and attorney's fees."  That's it.
11           MR. O'MALLEY:  Okay.
12           THE COURT:  So, take out the language, "The
13  stipulation and agreement attached hereto are hereby
14  approved."  And you should also mention, "pursuant to Rule
15  41," in there somewhere.
16           MR. O'MALLEY:  In the order language?
17           THE COURT:  In the order language, yes.  Okay,
18  that's it.
19           MR. O'MALLEY:  I will file that when I get back --
20           THE COURT:  Okay.
21           MR. O'MALLEY:  -- to the office, Your Honor.
22           THE COURT:  Anything else?
23           MR. KLOSS:  No --
24           MR. O'MALLEY:  Not from our side, Your Honor.
25           THE COURT:  Okay, well I'm very pleased that this

```
                                                             6
 1   resolved.  I think that it was hard fought and obviously
 2   everyone here has worked tremendously long and hard to get it
 3   done, and I appreciate everything you've done.  And I see Ms.
 4   Lipschutz smiling, so I assume that she was deep up to her
 5   neck --
 6            MR. O'MALLEY:  She was a big help, Your Honor.
 7            THE COURT:  Yes.  Okay, well thank you very much.
 8   Okay.
 9            ALL:  Thank you, Judge.
10            THE COURT:  Bye-bye.
11            MR. O'MALLEY:  Thank you, Your Honor.
12            THE CLERK:  All rise.
13       (Court adjourned)
14
15                         CERTIFICATION
16   I certify that the foregoing is a correct transcript from the
17   electronic sound recording of the proceedings in the above-
18   entitled matter.
19
20
21
22   [signature: Lewis Parham]              11/15/19
23
24   _____         _____
25   Signature of Transcriber                  Date
```